| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION | JUDGE: R. STAN BAKER DATE: 07-18-2019 |
|---|---|---|

**CRIMINAL CASE NO.  CR  4:18-cr-260 (9)**
**UNITED STATES OF AMERICA VS.  Tyler Shuman**

COURTROOM DEPUTY   Pam Hammock            COURT REPORTER   Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**       **ATTORNEY(S) FOR THE DEFENDANT:**

 Greg Gilluly, AUSA                                         William Bell, appointed

U.S. PROBATION OFFICER:                           DEFENDANT SENTENCED ON COUNT(S)

 Brittany Freeman                                              Count 1 and 19 of the Indictment

[X] Presence Report Reviewed In Full          Custody    120    Months B.O.P.

[ ] Objections to Factual Basis                       Probation _____

[ ] Objections To Guidelines Calculations    Supervised Release    5    Years

[ ] Probation Officer Testifies                        Special Conditions   as Ordered by the Court

[ ] Changes Ordered in Factual Basis/Calculations    Fine $   none

[X] No Changes Ordered                              Restitution $   none

[X] Findings Of The Court                             Special Assessment $   200

[ ] Factual Witnesses Testify                          To Be Paid   immediately

[X] Statements Of Counsel                          Community Service _____

[X] Statements By Defendant                      Facility Recommended   -RDAP, no contact w/ gang

[X] Sentence Pronounced                            Defendant Remanded To The USM   - Y

OTHER DIRECTIVES OF THE COURT          Voluntary Surrender _____

[ ] Attach Statement of Reasons to the Judgment    To USM [X]   To Facility [ ]

[ ] Transcribe Statement of Reasons          Dismissed Count(s)   - 12, 13, and 14

[X] Appeal Rights of Defendant Explained   Plea Agreement Accepted and Ratified   - Y

[ ] Appellate Disclosure Forms Provided    Departure From Guidelines   - N

[X] Notice of Counsel's Post-Conviction Obligations Provided    Upward   - N        Downward   - N

U.S. Deputy Marshal   S. Stephany                Time   3:00   to   3:30   Total   00:30

Court Security Officer   R. Agnew